## Peter McGovern et al., Appellants, v. Joseph W. McGovern, Individually and as Executor of Estate of James W. McGovern, Deceased et al., Appellees.

### Gen. No. 10,045.

opinion filed March 8,

1946; released for publication April 1, 1946. Geary & Stagman and Barr & Barr, for appellants; Arnold D. McMahon and Jacob Stagman, of counsel; Oscar R. Laraway, for certain appellee; Robert E. Higgins, for certain other appellees. Opinion by JUSTICE DOVE. **Not to be published in full.**